UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Crim. No. 19-411 |
| | : | |
| JOHN INFANTE | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of Craig Carpenito, United States Attorney for the District of New Jersey (by Elaine K. Lou and Christopher Amore, Assistant U.S. Attorneys, appearing), for an order granting a continuance of proceedings in the above-captioned matter from the date this Order is signed through and including July 2, 2019, to allow to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and no prior continuances having been granted by the Court; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.    On or about November 14, 2018, Defendant John Infante ("Infante") was charged in a criminal complaint with illegal possession of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1);

2.    Infante was arrested on or about November 15, 2018, and ordered detained following his initial appearance on or about November 16, 2018;

1

3.    On or about June 7, 2019, a federal grand jury returned an indictment charging Infante with illegal possession of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1);

4.    On or about June 9, 2019, the indictment against Infante was made public via ECF;

5.    The Court has set an arraignment date for on or about July 2, 2019;

6.    Pursuant to the Court's Standing Order for Criminal Trial Scheduling and Discovery, the parties have met and conferred and agreed that the Government will provide discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure before or on or about July 12, 2019, and Infante will provide reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure before on or about July 29, 2019. The parties also agreed that any pretrial motions will be filed before or on or about August 16, 2019;

7.    Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

8.    The defendant has consented to the aforementioned continuance;

9.    The grant of an order to continue will likely conserve judicial resources; and

10.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___9___ day of July, 2019,

ORDERED that this action be, and hereby is, continued from the date of this order through and including July 2, 2019; and it is further

ORDERED that the period from the date this Order is signed through and including July 2, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

Honorable William H. Walls
United States District Judge